UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

JAKE EASTMAN,

                      Plaintiff,

    vs.                                            Case No. 17-cv-1110

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

                      Defendant.

---

## DISCLOSURE STATEMENT

---

       The undersigned, counsel of record for Jake Eastman, Plaintiff, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

Parties the attorney represents in this action
       Jake Eastman

The attorney does not represent a corporation.

Law firms whose attorneys will appear for the party in this Court
       DeLadurantey Law Office, LLC

                                     Date: August 10, 2017

                                     s/ Heidi N. Miller
                                     Heidi N. Miller
                                     State Bar No. 1087696
                                     330 S. Executive Drive, Suite 109
                                     Brookfield, WI 53005
                                     (414) 377-0515; (414) 755-0860 - Fax
                                     E: heidi@dela-law.com